**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. EDGAR CASTRO-MOTTA, and
3. NANCY MARCELA CASTRO-MOTTA,

    Defendant.

---

**AMENDED
MINUTE ORDER[1]**

---

    On October 26, 2011, the court entered a **Minute Order** [#232][2], setting a hearing on defendant Nancy Marcela Castro-Motta's **Motion To Continue Hearing, Final Preparation Conference and Jury Trial** [#230] filed October 25, 2011. The hearing on this motion is set for **November 1, 2011**, at 9:00 a.m, not November 2, 2011.

    **IT IS FURTHER ORDERED** that the court's **Minute Order** [#232] is amended accordingly the limited extent necessary to facilitate and implement this order.

    Dated: October 26, 2011

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

    [2]"[#232]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.