**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. EDGAR CASTRO-MOTTA, and
3. NANCY MARCELA CASTRO-MOTTA,

      Defendants.

---

**MINUTE ORDER[1]**

---

On **June 28, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference on the following motions:

- Government's **Motion To Quash Subpoena Duces Tecum Issued By Court Order on April 4, 2012 To The Drug Enforcement Administration** [#313] filed April 25, 2012; and

- **Third Party American Society of Crime Laboratory Directors/Laboratory Accreditation Board's Motion To Quash Defendant Castro-Motta's Subpoena** *Duces Tecum* [#325] filed May 8, 2012.

Counsel for the government shall arrange, initiate, and coordinate the conference call to all parties necessary to facilitate the setting conference.

Dated: June 25, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.