IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00033-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. EDGAR ROLANDO LINARES-CEVALLOS,

    Defendant.

## MINUTE ORDER[1]

On July 11, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 11, 2012**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in this matter;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the telephonic setting conference set for Thursday, July 12, 2012, is **VACATED**.

Dated: July 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.