**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. EDGAR CASTRO-MOTTA, and
3. NANCY MARCELA CASTRO-MOTTA,

     Defendants.

**MINUTE ORDER**[1]

     On **August 21, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing on defendant Nancy Marcela Castro-Motta's **Motion For Excludable Time Pursuant To 18 U.S.C. § 3161(h)(1)(D) & (7)(A)** [#275] filed February 10, 2012. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: August 15, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.