**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00033-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS RAUL AGUAYO-CASTRO,
2. EDGAR CASTRO-MOTTA,
3. **NANCY MARCELA CASTRO-MOTTA,**
4. EDGAR ROLANDO LINARES-CEVALLOS, and
5. TREVOR WAYNE YEAGER,

    Defendants.

---

## MINUTE ORDER[1]

The matter is before the court on **Third Party American Society of Crime Laboratory Directors/Laboratory Accreditation Board's Motion For Clarification of Order Granting Motions to Quash Subpoenas Duces Tecum** [#381][2] filed August 22, 2012. The motion is **DENIED** for lack of a justiciable controversy. The court will consider the viability *vel non* of any trial subpoena only if and when such is actually served.

    Dated: August 23, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#381]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.