IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00033-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. EDGAR CASTRO-MOTTA, and
3. NANCY MERCELA CASTRO-MOTTA,

    Defendant.

## MINUTE ORDER[1]

    On **October 11, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing on defendant Nancy Marcela Castro-Motta's **Motion For Excludable Time Pursuant To 18 U.S.C. § 3161(h)(1)(D) & (7)(A)** [#275] filed February 20, 2012. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: October 4, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.