# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:             December 7, 2012

Deputy Clerk:     Nel Steffens
Court Reporter:   Tracy Weir
Interpreters:     Susanna Cahill and Marcela Salazar

**Criminal Action No.  11-cr-00033-REB**

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Susan "Zeke" Knox

    Plaintiff,

v.

2.  EDGAR CASTRO-MOTTA,                         John Sullivan
3.  NANCY MARCELA CASTRO-MOTTA,                 Jeffrey Edelman
    a/k/a Marlene Castro,
    a/k/a "Flaca,"

    Defendants.

## CHANGE OF PLEA MINUTES

**8:08 a.m.     Court in session.**

Appearances of counsel.

Defendants are present in custody.

The Plea Agreement (Court's Exhibit 1), the Spanish translation of the Plea Agreement (Court's Exhibit 1a), Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2), and the Spanish translation of Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2a) as to each defendant are tendered to the Court.

Interpreters are sworn; parties stipulate as to interpreters' qualifications.

Defendants are sworn.

Defendant Edgar Castro-Motta is thirty-one years old, alert, competent, literate, and sober.

Defendant Nancy Marcela Castro-Motta is thirty-four years old, alert, competent, literate, and sober.

Each defendant waives formal reading of the Superseding Indictment.

Each defendant confirms the court's understanding of the terms of the plea agreements.

Each defendant confirms that he/she has read and understands the written plea agreement; that he/she has reviewed the written plea agreement carefully and thoroughly with his/her attorney; that he/she has no questions or concerns about the written plea agreement; and that he/she has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendants are advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Each defendant withdraws existing plea of not guilty to the offense made the subject of the plea agreement.

Defendant Edgar Castro-Motta waives re-arraignment on Count One of the Superseding Indictment.

Defendant Nancy Marcela Castro-Motta enters plea of guilty to Count One of the Superseding Indictment pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED** as follows**:**

1. That Court's Exhibits 1, 1a, 2, and 2a as to each defendant, which state the plea agreements, are admitted in evidence;

2. That formal approval of the plea agreements is deferred, pending consideration of the presentence reports;

3. That the plea of guilty to Count One of the Superseding Indictment entered by defendant Edgar Castro-Motta is received, accepted and approved;

4. That the plea of guilty to Count One of the Superseding Indictment

        entered by defendant Nancy Marcela Castro-Motta is received, accepted and approved;

5. That defendant Edgar Castro-Motta is found guilty of the crime charged in Count One of the Superseding Indictment;

6. That defendant Nancy Marcela Castro-Motta is found guilty of the crime charged in Count One of the Superseding Indictment;

7. That the Probation Department shall conduct a presentence investigation and file a presentence report as to each defendant as required by 18 U.S.C. § 3552 and Fed. R. Crim. P. 32;

8. That defendants' counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendants' involvement and participation in the presentence investigation, and the defendants shall cooperate fully with the probation department during the pre-sentence investigations;

9. That as to defendant Edgar Castro-Motta, the matter is continued to **March 22, 2013, at 9:00 a.m.**, for sentencing, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

10. That as to defendant Nancy Marcela Castro-Motta, the matter is continued to **March 8, 2013, at 10:00 a.m.**, for sentencing, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

11. That any pending pretrial motion filed by or on behalf of the defendants is denied as moot, including, but not limited to, documents #325, #411, and #429;

12. That the Trial Preparation Conference set to commence today and trial by jury set to commence December 10, 2012, are vacated as to these defendants; and

13. That defendants are remanded to the custody of the United States Marshal.

**9:12 a.m.**     **Court in recess.**

Total time in court: 01:04

Hearing concluded.