IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00033-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. NANCY MARCELA CASTRO-MOTTA,

    Defendant.

## MINUTE ORDER[1]

On March 26, 2013, the court conducted a telephonic setting conference to reset the sentencing date in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **July 11, 2013**, commencing at 11:00 a.m., the court shall conduct the sentencing hearing for this defendant;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the telephonic setting conference set for April 4, 2013, is **VACATED**.

Dated: March 26, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.